# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NATALIE MYERS AND JULIANA ROBERSON

VERSUS

MARY CAUTHEN, LINDA PETIT, MONIQUE BATISTE, CHERYL BOSSENMEYER AND THE AMERICAN LEGION AUXILIARY DEPARTMENT OF LOUISIANA DEC

NO.   2023 CW 0592

**SEPTEMBER 7, 2023**

---

In Re:   Mary Cauthen, Linda Petit, Monique Batiste, Cheryl Bossenmeyer, and The American Legion Auxiliary Department of Louisiana DEC, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 685530.

---

**BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**

                              JEW
                              GH
                              EW

COURT OF APPEAL, FIRST CIRCUIT

*a.c.d*

_____
DEPUTY CLERK OF COURT
      FOR THE COURT